# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANTONIO MILAN-RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LORETTA E. LYNCH,<br><br>　　　　　Respondent. | Case No. 1:16-cv-01578-SAB-HC<br><br>ORDER FOR RESPONDENT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION TO AMEND (ECF No. 14)<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 19, 2016, Respondent filed a motion to dismiss for lack of jurisdiction. (ECF No. 13). On January 3, 2017, the Court received Petitioner's request "to be granted a suitable amount of time in which to amend his petition." (ECF No. 14). The Court construes this request as a motion to amend. See Castro v. United States, 540 U.S. 375, 381–82 (2003) (courts may recharacterize a pro se motion to "create a better correspondence between the substance of a pro se motion's claim and its underlying legal basis").

///
///
///
///

1

Accordingly, the Court HEREBY ORDERS Respondent to file an opposition or statement of non-opposition to the motion to amend no later than January 27, 2017. If Respondent files an opposition, Petitioner may file a reply within seven (7) days after the opposition is served.

IT IS SO ORDERED.

Dated:   **January 11, 2017**

_____
UNITED STATES MAGISTRATE JUDGE