# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANTONIO MILAN-RODRIGUEZ, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, <br><br> Respondent. | Case No. 1:16-cv-01578-SAB-HC <br><br> ORDER RE: CASE STATUS <br><br> (ECF No. 25) |

Petitioner is a federal immigration detainee proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On April 24, 2017, the Court received Petitioner's letter inquiring whether a response to the first amended petition was filed. (ECF No. 25). The Court notes that Respondent's motion to dismiss was filed on April 24, 2017. (ECF No. 24). Pursuant to the Court's previous order (ECF No. 21), Petitioner's opposition to the motion to dismiss is due May 15, 2017. There are hundreds of prisoner civil cases presently pending before the Court. Due to these heavy caseloads, the Court will not respond to further requests regarding the status of the case.

IT IS SO ORDERED.

Dated: __April 27, 2017__

_____
UNITED STATES MAGISTRATE JUDGE

1