# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANTONIO MILAN-RODRIGUEZ, | Case No. 1:16-cv-01578-SAB-HC |
| Petitioner, | |
| v. | ORDER FOR SUPPLEMENTAL BRIEFING |
| LORETTA E. LYNCH, | |
| Respondent. | |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his continued detention.

From April 15, 2015 to September 22, 2016, Petitioner was detained at the Mesa Verde Detention Facility in Bakersfield, California. Petitioner was then transferred to the Pine Prairie Correctional Center in Pine Prairie, Louisiana, where he remained until March 30, 2017. Thereafter, Petitioner was transferred back to the Mesa Verde Detention Facility, where he is currently detained. (ECF No. 24-1 at 105). In the amended petition, Petitioner's raises claims regarding his transfer to Louisiana. Petitioner asserts that the transfer violated his substantive due process rights and jeopardized his parental rights, resulting in a loss of filial and parental consortium. Petitioner also asserts that the transfer violated the U.S. Immigration and Customs Enforcement's directive "Facilitating Parental Interests in the Course of Civil Immigration Enforcement Activities." (ECF No. 20 at 28). Petitioner is requesting the Court to order a

transfer to a facility in Orange County, California. (ECF No. 20 at 30). In the motion to dismiss, Respondent argues that the claims arising from the transfer are moot in light of Petitioner's return to the Mesa Verde, "the very facility that Rodriguez wanted to return to while detained in Louisiana." (ECF No. 24 at 16). However, as stated above, Petitioner is requesting a transfer to a facility in Orange County, California, and the Mesa Verde facility is not located in Orange County.

The Court finds that supplemental briefing and further development of the record on Petitioner's claims arising from his transfer to Louisiana would assist the Court. Accordingly, the Court HEREBY ORDERS:

1. Within twenty-one (21) days of the date of service of this order, Respondent shall file a supplemental brief regarding Petitioner's claims for relief arising out of his transfer to Louisiana and any evidence necessary for the resolution of the issues; and

2. Within twenty-one (21) days of the date of service of Respondent's brief, Petitioner may file a response to Respondent's brief.

IT IS SO ORDERED.

Dated: **August 4, 2017**

UNITED STATES MAGISTRATE JUDGE

2