# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANTONIO MILAN-RODRIGUEZ, | Case No. 1:16-cv-01578-SAB-HC |
| Petitioner, | ORDER FOR RESPONDENT TO SHOW CAUSE WHY MOTION TO DISMISS SHOULD NOT BE DENIED FOR FAILURE TO OBEY COURT ORDER |
| v. | |
| LORETTA E. LYNCH, | |
| Respondent. | |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 4, 2017, this Court ordered that within twenty-one days of the date of service of the order, Respondent was to file a supplemental brief regarding Petitioner's claims for relief arising out of his transfer to Louisiana and to submit any necessary evidence for resolution of the issues. (ECF No. 29). To date, Respondent has not submitted a supplemental brief.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

///
///
///

Accordingly, it is HEREBY ORDERED that no later than September 8, 2017, Respondent shall show cause why Respondent's motion to dismiss should not be denied for failure to obey the Court's order.

IT IS SO ORDERED.

Dated: **September 5, 2017**

UNITED STATES MAGISTRATE JUDGE