# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANTONIO MILAN-RODRIGUEZ, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, <br><br> Respondent. | Case No. 1:16-cv-01578-SAB-HC <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF <br><br> (ECF Nos. 30, 31) |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 4, 2017, this Court ordered that within twenty-one days of the date of service of the order, Respondent was to file a supplemental brief regarding Petitioner's claims for relief arising out of his transfer to Louisiana and to submit any necessary evidence for resolution of the issues. (ECF No. 29). As Respondent did not submit a supplemental brief, the Court issued an order to show cause why Respondent's motion to dismiss should not be denied for failure to obey a court order. (ECF No. 30).

On September 8, 2017, Respondent filed a response, explaining that counsel was unaware that supplemental briefing had been ordered as he had missed the ECF notice. (ECF No. 31). Respondent also requests additional time to file the supplemental brief in light of counsel's other professional and personal obligations.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on September 5, 2017 (ECF No. 30) is DISCHARGED;
2. Respondent is granted to and including September 20, 2017, to file a supplemental brief regarding Petitioner's claims for relief arising from his transfer to Louisiana and any evidence necessary for resolution of the issues; and
3. Within twenty-one (21) days of the date of service of Respondent's brief, Petitioner may file a response.

IT IS SO ORDERED.

Dated: **September 8, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

2