# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANTONIO MILAN-RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS,<br><br>Respondent. | Case No. 1:16-cv-01578-AWI-SAB-HC<br><br>ORDER RELATING AND REASSIGNING CASES |
| JORGE ANTONIO MILLAN-RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY S. MURRY,<br><br>Respondent. | Case No. 1:17-cv-01573-AWI-EPG-HC |

On January 30, 2018, counsel for Respondent requested that <u>Milan-Rodriguez v. Sessions</u>, Case No. 1:16-cv-01578-AWI-SAB, and <u>Millan-Rodriguez v. Murry</u>, Case No. 1:17-cv-01573-AWI-EPG, be related pursuant to Local Rule 123. Both of these actions involve challenges to Petitioner's continued immigration detention. Although, as noted by Petitioner in his opposition, the petitions involve some distinct legal issues, the Court finds that "it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges." Local Rule 123(a)(4).

Accordingly, IT IS HEREBY ORDERED that <u>Millan-Rodriguez v. Murry</u> is reassigned to U.S. District Judge Anthony W. Ishii and Magistrate Judge Stanley A. Boone, and shall now bear the **case number 1:17-cv-01573-AWI-SAB**.[1]

IT IS SO ORDERED.

Dated: __February 23, 2018__  _____
SENIOR DISTRICT JUDGE

---

[1] The Court notes that an order relating cases under Local Rule 123 merely assigns them to the same district judge and magistrate judge, and **does not consolidate cases**.

2